

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONALD LYNN GOODWIN, | § | No. 08-23-00092-CR |
| Appellant, | § | Appeal from the |
| v. | § | 266th Judicial District Court |
| THE STATE OF TEXAS, | § | of Erath County, Texas |
| Appellee. | § | (TC#22CRDC-00005) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER 2023.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.